JEANININE BUTLER, a minor, by and through her next and best friend, Raymond W. Butler, her father, v. SAMUEL ANDERSON.

184 So. 923.

Division B.

Opinion Filed October 31, 1938.

*Robert C. Lane* and *Alfred E. Sapp,* for Plaintiff in Error;

*McKay, Dixon & DeJarnette* and *M. Earl Baum,* for Defendant in Error.

PER CURIAM.—This cause, coming on to be heard upon the transcript of the record and the briefs and oral argument of counsel, all of which have been carefully considered, the Court upon inspection of the record finds no reversible error therein and the judgment appealed from is accordingly

Affirmed.

WHITFIELD, P. J., and BROWN and CHAPMAN, J. J., concur.

ELLIS, C. J. and TERRELL and BUFORD, J. J., concur in the opinion and judgment.